ORDERED.

Dated: May 24, 2022

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case Nos. 8:89-bk-9715 through 8:89-bk-9746 and 8:90-bk-11997 |
| Hillsborough Holdings Corporation, | Chapter 11 |
| Debtor. _____/ | Jointly Administered |
| In re: | Case No. 8:89-bk-9744-MGW |
| United States Pipe and Foundry Company, LLC, | Chapter 11 |
| Debtor. _____/ | |
| United States Pipe and Foundry Company, LLC, | Adv. No. 8:17-ap-00478-MGW |
| Plaintiff, | |
| v. | |
| Michael H. Holland, et al., | |
| Defendants. _____/ | |

| | |
|---|---|
| In re: | Case No. 8:89-bk-09732-MGW <br> Chapter 11 |
| JW Window Components, Inc., | |
|     Debtor. <br> _____/ | |
| JW Window Components, Inc., | Adv. No. 8:17-ap-00479-MGW |
|     Plaintiff, | |
| v. | |
| Michael H. Holland, et al., | |
|     Defendants. <br> _____/ | |
| In re: | Case No. 8:89-bk-09718-MGW <br> Chapter 11 |
| JW Aluminum Company, | |
|     Debtor. <br> _____/ | |
| JW Aluminum Company, | Adv. No. 8:17-ap-00480-MGW |
|     Plaintiff, | |
| v. | |
| Michael H. Holland, et al., | |
|     Defendants. <br> _____/ | |

**AGREED ORDER (I) ON MOTION TO SET STATUS CONFERENCE AND (II) ABATING ADVERSARY PROCEEDINGS**

THESE PROCEEDINGS came on for consideration without a hearing on the

*Motion to Set Status Conference* filed by the Trustees of the United Mine Workers of

America 1992 Benefit Plan and the Trustees of the United Mine Workers of America Combined Benefit Fund (collectively, the "**Trustees**").[1] This Court previously entered final judgment in favor of the Trustees determining that claims they held under the Coal Industry Retiree Health Benefit Act of 1992 were not discharged in this bankruptcy case.[2]

On May 3, 2022, the Eleventh Circuit reversed this Court's final judgment in the Trustees' favor and remanded the proceeding back to this Court.[3] After the Eleventh Circuit issued its opinion, the Trustees filed their motion for a status conference, which the Court initially scheduled for hearing on May 26, 2022.

The Trustees, however, have indicated that they intend to file a petition for a writ of certiorari with the United States Supreme Court. The Plaintiffs have agreed not to take any action in the above-captioned adversary proceedings (collectively, the "**Adversary Proceedings**") pending the outcome of any proceedings before the United States Supreme Court. Accordingly, it is

**ORDERED**:

1.  The hearing on the Motion scheduled for May 26, 2022, at 10:00 a.m., is canceled.

---

[1] Adv. No. 8:17-ap-00478-MGW, Doc. No. 60; Adv. No. 8:17-ap-00479-MGW, Doc. No. 63; Adv. No. 8:17-ap-00480-MGW, Doc. No. 52.

[2] Adv. No. 8:17-ap-00478-MGW, Doc. Nos. 42 & 47; Adv. No. 8:17-ap-00479-MGW, Doc. No. 52; Adv. No. 8:17-ap-00480-MGW, Doc. No. 40.

[3] Adv. No. 8:17-ap-00478-MGW, Doc. No. 59.

2. The Adversary Proceedings shall be abated pending disposition of a timely filed petition for a writ of certiorari and, if certiorari is granted, termination of the proceedings in the United States Supreme Court.

> Attorney Scott A. Stichter is directed to serve a copy of this order on interested parties who are do not receive service by ECF and to file a proof of service within three days of entry of the order.